# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| Plaintiff, | ) ) ) |
| v. | )   Case No.  11 CR 800-2 |
| **SALIOU MBAYE**, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM ORDER

More than three months have elapsed since this Court issued its brief memorandum order identifying the need to conduct an evidentiary hearing (1) as to whether the application of attorney Francis Baumgart ("Baumgart") for the payment of fees covering the time frame when he had been appointed through the Federal Defender Program to represent defendant Saliou Mbaye ("Mbaye") should be approved as submitted or reduced and, if the latter, (2) as to the appropriate amount of any such reduction.  As all of those who have been involved in Mbaye's case are aware, Baumgart's eligibility for a Criminal Justice Act ("CJA") award ended when he was stricken from the Federal Defender Program's list of qualified counsel, after which Baumgart negotiated with Mbaye and succeeded in being retained as Mbaye's compensated counsel for the remainder of the case at the District Court level.[1]

This Court had contemplated that after the issuance of its memorandum order Baumgart would pick up on the matter to make arrangements with the United States Attorney's Office and

---

[1] This Court understands that Baumgart has been appointed by our Court of Appeals to represent Mbaye in his still-pending direct appeal.  In that respect this Court has meticulously avoided any communication with the Court of Appeals as to Baumgart's difficulties with the Federal Defender Program or as to the still-pending question of his reimbursement from CJA funds.

Mbaye (for whose testimony special arrangements would of course have to be made) as well as with any other contemplated witnesses (including Baumgart himself, of course) and then get in touch with this Court. Because the case is not considered as "pending" for purposes of any of the printouts that this Court orders periodically to keep control of its calendar, it has not maintained a "tickler" reminder as it does with whatever few pending cases (if any) do not have a specifically set status hearing date. This memorandum order is instead issued to urge Baumgart to initiate the setting up of arrangements for the contemplated evidentiary hearing.

                                                                                     _____
                                                                                     Milton I. Shadur
                                                                                     Senior United States District Judge

Date: April 27, 2015