# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 11 CR 800-2 |
| ) | |
| SALIOU MBAYE, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

Many months have elapsed since this Court's issuance of its January 8, 2015 memorandum order addressing the need for an evidentiary hearing as to the fee application by attorney Francis Baumgart ("Baumgart") for his services in representing defendant Saliou Mbaye ("Mbaye") while Baumgart was still a member of the Federal Defender Program's panel. Most recently something over three months have passed since Baumgart, having inadvertently missed a status hearing date that this Court had set for May 22, 2015, wrote the attached letter that concluded by reflecting his views (shared by this Court) as to the placement of the laboring oar[1] for setting up the required hearing:

> But unless I hear from you or the AUSA I will assume that the logistics for such hearing will be set up by him at a date that works for all of us.

Unfortunately the United States Attorney's Office has not picked up the ball[1] in the interim. Meanwhile Baumgart has been more than patient, no doubt in part because he has had to go on making a living at the practice of law (including his continued representation of Mbaye by appointment at the Court of Appeals level) and is therefore not in a position to take on the

---

[1] Due apologies are extended for this Court's having mixed two sports-derived metaphors here.

responsibility himself. But although the United States Attorney's Office has no fiscal stake in the matter, the administration of the Criminal Justice Act is a subject that calls for its attention as well.

Hence this Court will look to the United States Attorney's Office to address the scheduling of, and the arrangements for, the required evidentiary hearing as promptly as possible. In that respect this Court has earlier indicated to Baumgart and the United States Attorney's Office that it would see no problem with Mbaye's testimony being provided electronically (by video means, not simply audio, because observation of a witness plays a part in evaluating the witness' credibility) rather than his being transported from his place of confinement to this Court's venue. One other related subject that has not been discussed, but on which this Court would welcome input, is whether arrangements should be made to designate a member of the Federal Defender Program to represent Mbaye in the current aspect of the case (although this Court cannot foresee any adverse consequences to Mbaye stemming from the forthcoming hearing).

Accordingly this Court orders the United States Attorney's Office (whether through AUSA Joel Hammerman or through any other AUSA assigned to handle the matter) to confer with Baumgart as to an early hearing date and then to make arrangements with this Court's courtroom deputy. This Court has no trials set in the immediate future, with the setting of the next two civil trials being dependent on this Court's resolution of motions in limine that have just now become fully briefed in one case and that are in the final briefing stage in the other.

_____
Milton I. Shadur
Date: September 3, 2015    Senior United States District Judge

FRAN BAUMGART, Esq. & Associates
140 So. Dearborn St. # 1603, Chicago, IL 60603-5216
ph: 312.671.2049; fax: 312.782.7433
Email: francis.baumgart@gmail.com
Web Site: FBandJlaw.com

5/22/2015

Judge Milton I. Shadur
Courtroom 2302/ Chambers 2388
219 S. Dearborn Street.
Chicago, IL 60603
Telephone No. 312.435.5766

USA v. Saliou Mbaye; 11CR800;
Logistics of hearing on CJA Voucher.

Your Honor,

I apologize for not appearing in court this morning. I simply forgot it and failed to schedule it on my own calendar.

I spoke to AUSA Hammerman two hours after the case was scheduled and he informed me that you had indicated to him that you had no problem with Defendant Mbaye testifying by phone. My client thanks you.

If you wish for me to re-set the hearing, please instruct your Deputy to inform me and I will do so immediately. But unless I hear from you or the AUSA I will assume that the logistics for such hearing will be set up by him at a date that works for all of us.

Thank you,

Francis Baumgart , Esq.
Attorney for Defendant

ATTACHMENT